UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOE HAND PROMOTIONS, INC.,

     Plaintiff,

v.                                         Case No. 6:19-cv-116-Orl-37GJK

LIDIA SANTANA; MANUEL
SANTANA; and MALI & SONS INC.,

     Defendants.
_____

## ORDER

Plaintiff Joe Hand Promotions, Inc. sued Defendants Lidia Santana, Manuel Santana, and Mali & Sons Inc. for purported violations of the Communications Act of 1934, including violations of 47 U.S.C. § 605 ("**Count I**") and 47 U.S.C. § 553 ("**Count II**"), and U.S. copyright laws ("**Count III**"). (*See* Doc. 1 ("**Complaint**").) As relief, Plaintiffs seek statutory damages, enhanced statutory damages, and attorneys' fees and costs. (*Id.* ¶¶ 31–32, 38, 47–48.)

Defendant Mali & Sons Inc. failed to appear, so Plaintiff successfully obtained entry of default against it. (Doc. 18.) Defendants Lidia and Manuel Santana did appear (Doc. 11), but after they failed to comply with Court orders, the Clerk entered defaults against them too. (Doc. 31.) Now, Plaintiff requests default judgment against Defendants on Counts I and III. (Docs. 29, 34 ("**Motions**").) On referral, U.S. Magistrate Judge Gregory J. Kelly recommends the Court grant in part and deny in part the Motions. (Doc. 35 ("**R&R**").) Specifically, Magistrate Judge Kelly found Plaintiff is entitled to

default judgment on Counts I and III because Plaintiff's allegations establish Defendants willfully violated the Communications Act of 1934 and the Copyright Act. (*Id.* at 7–8.) For Count I, Magistrate Judge Kelly determined Plaintiff is entitled to the $40,000 in statutory damages requested, but for Count III he determined Plaintiff is entitled to only $38,800, rather than the $40,000 requested. (*Id.* at 8–10.) Thus, Magistrate Judge Kelly recommends the Court direct the Clerk to enter default judgment against Defendants, jointly and severally, in the amount of $78,800.00. (*Id.* at 10.)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court finds that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 35) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Plaintiff's Motion for Default Judgment with Supporting Memorandum of Law (Doc. 29) and Plaintiff's Motion for Default Judgment with Supporting Memorandum of Law (Doc. 34) are **GRANTED IN PART AND DENIED IN PART**:

   a. The Motions are **GRANTED** to the extent the Clerk is **DIRECTED** to enter default judgment in favor of Plaintiff Joe Hand Promotions, Inc. and against Defendants Lidia Santana, Manuel Santana, and

Mali & Sons Inc., jointly and severally, in the total amount of $78,800.00.

     b.     In all other respects, the Motions are **DENIED**.

3.     The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 19, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Parties